**Opinion issued October 31, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-23-00113-CV**

———————————

**BERNADINE EDWARDS, INDIVIDUALLY AND ON BEHALF OF THE HEIRS AND BENEFICIARIES OF LAURALENE BUTLER JACKSON, DECEASED, Appellant**

**V.**

**ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC. ET AL., Appellee**

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-84438**

---

**MEMORANDUM OPINION**

Appellant Bernadine Edwards, Individually and on Behalf of the Heirs and Beneficiaries of Lauralene Butler Jackson, has filed an unopposed motion for voluntary dismissal of this appeal. No opinion has issued in this appeal. Accordingly,

we reinstate the appeal, grant the motion, and dismiss the appeal. *See* TEX. R. APP.

P.  42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Farris